Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  KARL E. CHRISTENSEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARL E. CHRISTENSEN, | Case No.: 2:15-CV-02658 AC |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Karl E. Christensen ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to June 29, 2016; and that Defendant shall have until July 29, 2016, to file her opposition. Any reply by plaintiff will be due August 19, 2016.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: May 23, 2016          Respectfully submitted,

                                         LAW OFFICES OF LAWRENCE D. ROHLFING

                                         /s/ *Steven G. Rosales*
                                         BY: _____
                                         Steven G. Rosales
                                         Attorney for plaintiff KARL E. CHRISTENSEN

DATED:  May 23, 2016         BENJAMIN WAGNER
                                         United States Attorney

                                         */S/- Ellinor Coder

                                         _____
                                         Ellinor Coder
                                         Special Assistant United States Attorney
                                         Attorney for Defendant
                                         [*Via email authorization]

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2   and including June 29, 2016, in which to file Plaintiff's Motion for Summary
3   Judgment; Defendant may have an extension of time to July 29, 2016 to file her
4   opposition, if any is forthcoming.  Any reply by plaintiff will be due August 19,
5   2016.
6   IT IS SO ORDERED.
7   DATE: May 24, 2016

_____
THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE