Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  KARL E. CHRISTENSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL E. CHRISTENSEN, | Case No.:  2:15-CV-02658 AC |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Karl E. Christensen ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to August 2, 2016; and that Defendant shall have until September 1, 2016, to file her opposition. Any reply by plaintiff will be due September 22, 2016.

1  A second extension of time for plaintiff is needed in order to allow Counsel
2 to deal with complications arising from his Spouse's terminal illness, including the
3 unfortunate news on June 2, 2016 of a second independent cancer diagnosis of
4 multiple myeloma in addition to the existing stage 4 breast cancer.  Counsel
5 sincerely apologizes to the court for any inconvenience this may have had upon it
6 or its staff.

DATE: June 29, 2016             Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                   /s/ *Steven G. Rosales*
                                BY: _____
                                Steven G. Rosales
                                Attorney for plaintiff KARL E. CHRISTENSEN

DATED:  June 29, 2016           BENJAMIN WAGNER
                                United States Attorney


                                */S/- Ellinor Coder

                                _____
                                Ellinor Coder
                                Special Assistant United States Attorney
                                Attorney for Defendant
                                [*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including August 2, 2016, in which to file Plaintiff's Motion for Summary
3  Judgment; Defendant may have an extension of time to September 1, 2016 to file
4  her opposition, if any is forthcoming.  Any reply by plaintiff will be due September
5  22, 2016.
6    IT IS SO ORDERED.
7  DATE: July 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE