Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  KARL E. CHRISTENSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL E. CHRISTENSEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.:  2:15-CV-02658 AC<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Karl E. Christensen ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to September 1, 2016; and that Defendant shall have until October 3, 2016, to file her opposition.  Any reply by plaintiff will be due October 24, 2016.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter as well as the demands arising from complications related to Counsel Spouse's terminal illness which has unexpectedly worsened in the last few weeks. Subsequent to a surgical procedure on July 6, 2016 to remove tumors in the spine/hip as a result of stage 4 breast cancer, Counsel's spouse was not discharged until July 9, 2016 and then Counsel's spouse was re-admitted to the hospital for 5 days on July 15, 2016 due to complications arising from the July 6th surgery. Counsel's spouse was also recently admitted on August 1, 2016 and then discharged on August 5, 2016, to provide treatment for intractable pain related to the terminal illness. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: August 8, 2016              Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                       /s/ *Steven G. Rosales*
                                  BY: _____
                                  Steven G. Rosales
                                  Attorney for plaintiff KARL E. CHRISTENSEN

DATED:  August 8, 2016                   BENJAMIN WAGNER
                                         United States Attorney


                                  */S/- Ellinor Coder

                                  _____
                                  Ellinor Coder
                                  Special Assistant United States Attorney
                                  Attorney for Defendant
                                  [*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including September 1, 2016, in which to file Plaintiff's Motion for Summary
3 Judgment; Defendant may have an extension of time to October 3, 2016 to file her
4 opposition, if any is forthcoming.  Any reply by plaintiff will be due October 24,
5 2016.
6  IT IS SO ORDERED.
7 DATE: August 9, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE