UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL E. CHRISTENSEN | No. 2:15-cv-02658 AC |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Commissioner of the Social Security Administration, | |
| Defendant. | |

Plaintiff has filed a motion seeking attorney's fees under the Equal Access to Justice Act ("EAJA"). ECF No. 25. Accordingly, IT IS HEREBY ORDERED that defendant shall file a response to the motion not later than 30 days from the date of this order. Plaintiff's Reply, if any, shall be filed no later than 14 days from the date defendant's response is filed.

DATED: June 8, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE